AO 240 (1/94)

# United States District Court
DISTRICT OF __MASSACHUSETTS__

MARCUS B. DIGGS JR
Plaintiff

V.

Defendant
CHESTER V. SHEA III 45582, COMITTE FOR PUBLIC COUNSEL
SERVICE, AMERICAN BAR ASCCIATION

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-40025 FDS

I, __MARCUS B. DIGGS JR__ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [x] Yes   [ ] No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration __WORCESTER COUNTY HOUSE OF CORRECTION & JAIL  I AM A PRE TRIAL DETAINEE NOT INCARCERATED__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends   [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
   d. Disability or workers compensation payments   [ ] Yes   [x] No
   e. Gifts or inheritances   [ ] Yes   [x] No
   f. Any other sources   [ ] Yes   [x] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                               NO ONE

I declare under penalty of perjury that the above information is true and correct.

_JANUARY 31, 2005_          _[signature]_
DATE                        SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____0_____ on account to his/her credit at (name of institution) _Worcester County Sheriff's Office_. I further certify that the applicant has the following securities to his/her credit: _____0_____

_____ . I further certify that during the past six months the applicant's average balance was $ _____0_____ .

_1/31/05_          _Mary [illegible] Reynolds_
DATE               SIGNATURE OF AUTHORIZED OFFICER

#3 1185

# Office of the Sheriff - Worcester County

## Canteen Account

Name: Diggs, Marcus

AKA _____

Reg. No. _____ DOB __/__/__

SS No. _____

| | DATE | PAID IN | | PAID OUT | | BAL. |
|---|---|---|---|---|---|---|
| Au | 12-7-04 | | | | | 0 |
| | | | | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARCUS B. DIGGS JR PROSE

V.                                              CIVIL ACTION_____

ATTORNEY CHESTER V. SHEA III BBO 45582
COMITTEE FOR PUBLIC SERVICE,                    05-40025. FDS
AMERICAN BAR ASSOCIATION ET AL

                                        MOTION TO WAIVE ALL FEES AND FILING FEES

AND NOW COMES THE ABOVE NAMED PLAINTIFF AND ASK THAT HTIS HONORABLE COURT WAIVE ALL FEES AND OR FILING FEES ASOCIATED WITH THE MATTER HEREIN PRESENTED. THE PLAINTIFF STATES THAT HE HAS ATTACHED A CERTIFIED COPY OF HIS INMATE ACCOUNT AS FORWARDED TO HIM BY THE FINANCIAL DEPT OF THE WORCESTER HOUSE OF CORRECTION.

THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT UNDER ITS JURISDICTION GRANT HIM LEAVE TO PROCEED IN THIS MATTER.

                                        RESPECTFULLY SUBMITTED

FEBUARY 1, 2005
                                        MARCUS B. DIGGS JR PROSE