UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARCUS B. DIGGS JR PROSE

05-40025 FDS
CIVIL ACTION

V.

ATTORNEY CHESTER V. SHEA III BBO 45582
COMITTEE FOR PUBLIC COUNSEL SERVICE
AMERICAN BAR ASSOCIATION ET AL

MOTION FOR APPOINTMENT OF FEDERAL COUNSEL

AND NOW COMES THE ABOVE NAMED PLAINTIFF AND MOVES THAT IF IT PLEASES THE COURT THAT HE BE APPOINTED " COUNSEL " FOR IN THE ABOVE REFERENCED MATTER, THE PLAINTIFF STATES THAT WHILE HE SEEKS TO PROCEED PROSE, IT IS ONLY BECAUSE HE HAS EXHAUATIVELY SOUGHT PROBONO REPRESENTATION TO NO AVAIL AND THAT HE HAS CONTACTED MANY ATTORNEY'S IN CIVIL RIGHTS AREA OF PROFESSION AND OTHER ATTORNEY'S FROM VARIOUS EXPERTISE AND THAT THIS WAS DONE AFTER HE WAS ACQUITTED ON JULY 21,2004 AND THAT HE SIMPLY COULD NOT FIND ANYONE TO TAKE THE CASE, AND FEEL THAT IT IS PERHAPS BECASUSE IT IS AN ACTION AGAINST AN ATTORNEY AND STATE AGENCY THAT MOST LAWYERS FROWN ON SUCH ACTIONS, WHATEVER THE CASE THE PLAINTIFF CALLED MANY ATTORNEY'S TO NO AVAIL SOME OF WHICH WANTED A RETAINER FEE THAT THE PLAINTIFF SIMPLY DID NOT AND DONOT HAVE AFTER HAVING BEEN HELD FOR SIX MONTHS WAITING TRIAL ON THE CASE ( JULY 21,2004 ). THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT CONSIDER APPOINTING HIM AN ATTORNEY'(S) SINCE THIS MATTER IS VERY INVOLVED AND PERHAPS BEYOND THE KEN OF HIS ABILITY.

RESPECIFULLY SUBMITTED PROSE

*[signature]*

MARCUS B. DIGGS JR

FEBUARY 1,2005