UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Diggs,
      Plaintiff

      v.

Shea, et al.,
      Defendant

CIVIL ACTION
NO. 05-40025-FDS

## ORDER OF DISMISSAL

**SAYLOR, D.J.**

    Plaintiff not having complied with this Court's Memorandum and Order of 2/28/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    6/1/05
    Date

/s/ Martin Castles
Deputy Clerk
508-929-9904

(Dismendo.ord - 09/92)