MARCUS B. DIGGS JR 95799
OLD COLONEY CORRECTONAL CENTER
ONE ADMINISTRATION ROAD
BRIDGE WATER MASS 02324


RE: 42 1983  CLAIM FILED
    FROM WORCESTER COUNTY JAIL
    DONNOT KNOW DOCKET NUMBER THE MATTER
    WAS FILED PROSE BEFORE JUDGE GEORGE SAYLORiv


                              DECEMBER 12,2005


TO THE FEDERAL DISTRICT COURT


        THIS LETTER IS ADRESSED TO THE COURT, MY NAME IS MARCUS
B DIGGS JR I FILED A 42 USCA ●(●) CLAIM AGAINST ATTORNEY
CHESTER V. SHEA THE 3rd AND CPCP AND THE BBO I WAS HELD IN THE
WORCESTER COUNTY JAIL BETWEEN JANUARY 2005 TO MARCH 10,2005
AND WAS RELEASED BECAUSE THE COURT DISMISS THE CASE, I
SUBSEQUENTLY NEVER LEARNED THE DISPOSITION OF THE MATTER
AND WOULD LIKE TO TO THE DISPOSITION OF THE MATTER.


        ALOS  ALSO, THERE IS THE MATTER OF THE FILING FEE
THAT WAS CONDITIONALLY ACCESSED BY JUDGE SAYLOR OR THE CLERK
OF THIS COURT, IN WHICH THE COURT HAD DIRECTED MY I●MATE ACCOUNT
IN THE **WORCESTER COUNTY JAIL** TO TAKE 5% OR 10% OF MY MONTHLY
INCOME UNTIL THE **WHOLE SUM WAS PAID**.  RECENTLY MY FORMER
EMPLOYER SENT TO ME A MONEY ORDER A CHECK IN THE ROUGH AMOUNT
OF 100.00 AND THE WORCESTER COUNTY JAIL (I IS SAYING THAT I
OWNE  OWE A COURT FEE, IN THIS MATTER I DONNOT DISPUTE THAT
I OWE THE FEDERAL DISTRICT COURT MONIES, I AM ONLY SAYING THAT
THE WORCESTER COUNTY JAIL TOOK ALL OF MY MONEY AND WILL NOT
SEND ME ANY OF IT THAT I MAY TAKE CARE OF MYSELF, I AM IN
**SERIOUS DIRE NEED** OF CANTEEN PRODUCTS AND HAVE NO ONE IN THE
WORLD TO SEND ME ANYTHING THAT I MAY BUY THINGS TO SUPPORT MY
SELF IN HERE, I ASK NOT FOR ALL OF THE MONEY BUT THAT THE
**PERCENTAGE** THAT YOUR GOING TO TAKE, TO TAKE THAT AND TO
**ORDER THE WORCESTER JAILACCOUTNSDEPT** TO SEND ME THE BALANCE TO
THE ABOVE NOTED INSTITUTION (PLEASE).  I AM NOT SURE HOW THIS
WORKS BECAUSE I NEVER FILED A FEDERAL ACTION, BUT AS I NOW
UNDERSTAND IT MY ACTION SHOULD HAVE BEEN FILED AS A
MASSASCHUSETTS TORT FOR MALPRACTISE, I ASK THAT I NOT BE MONIT
ARILY PUNISHED FOR MY ADMITTED IGNORANCE.


                                    RESPECTFULLY SUBMITTED PROSE

                                    *[signature: Marcus Diggs]*

                                    MARCUS B. DIGGS JR         Thank you

*[Handwritten margin note:]* Please contact the Worcester Jail if possible the Financial Dept. if this court deems that I should be allowed to have some of my money to support myself they will not send it unless this court so orders